## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 204 MAL 2016

            Respondent           :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

            v.                    :

KAZIMIR CRAIG GROHOWSKI,       :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.